IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS BARAJAS RAMIREZ,

    Petitioner,                    2: 10 - cv - 1417 - MCE TJB

    vs.

JAMES A. YATES, Warden

    Respondent.                 ORDER
_____/

Petitioner has filed a counseled writ of habeas corpus petition pursuant to 28 U.S.C. § 2254. Respondent answered the petition on October 5, 2010 and lodged relevant documents. Respondent's Exhibit 2 is the Reporter's Transcript of Trial Proceedings. Page 91 of the Reporter's Transcript was not lodged by the Respondent.

Accordingly, IT IS HEREBY ORDERED that Respondent shall have seven (7) days from the date of this Order to file Page 91 of the Reporter's Transcript.

DATED: December 19, 2011

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE

1